IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NADEEM SHAHZAD,
                Plaintiff,       :
                                   :

               v.                  :      Civil No.: 5:25-cv-06112-JMG
                                   :

CITY OF ALLENTOWN, *et al.*       :
                Defendants.    :

## ORDER

**AND NOW,** this 25th day of June, 2026, upon consideration of Defendants' Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 14), Plaintiff's Response in Opposition to Defendants' Motion to Dismiss (ECF No. 17), Defendants' Reply Brief in Support of their Motion to Dismiss Plaintiff's Amended Complaint (ECF No. 22), Plaintiff's Surreply Opposing Defendants' Motion to Dismiss (ECF No. 24), and for the reasons provided in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that the Motion (ECF No. 14) is **GRANTED with prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case.

                                        BY THE COURT:

                                        */s/ John M. Gallagher*
                                        JOHN M. GALLAGHER
                                        United States District Court Judge