**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| NADEEM SHAHZAD,<br>Plaintiff,<br><br>v.<br><br>CITY OF ALLENTOWN, *et al.*<br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>: | Civil No.: 5:25-cv-06112-JMG |

# ORDER

**AND NOW,** this 10th day of September, 2026, upon consideration of Plaintiff's Motion for Reconsideration (ECF No. 27), Defendants' Response in Opposition (ECF No. 28), and for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Reconsideration (ECF No. 27) is **GRANTED in part and DENIED in part**.

2. The Court's June 25, 2026 Order (ECF No. 26) is **VACATED**, and this matter is **REOPENED**. The Clerk of Court shall restore this case to the Court's active docket.

3. Counts I, III, IV, and VI remain **DISMISSED with prejudice**.

4. Counts II, V, and VII are **DISMISSED without prejudice.**

5. Plaintiff may file a Second Amended Complaint **solely with respect to Counts II, V, and VII** on or before October 24, 2026.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge